IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROGER SEAMON PROCTOR         )
                             )
        v.                   )
                             )   CA 00-112 Erie
MARTIN HORN, ET AL           )
                             )

ORDER

AND NOW, this 8th day of February, 2006, it appearing to the court that the above-captioned case has been terminated with no appeals pending, IT IS HEREBY ORDERED that the pleadings/case impounded in the office of the Clerk of Court be returned to the closed filing system of the Clerk's Office.

The pleadings/case is to remain sealed with a copy of this Order attached to the envelope and to the file folder. Anyone desiring to view the impounded pleadings/case shall file a request with the Clerk with notification to all parties. This file/pleading is to remain sealed for the next 20 years.

Documents: Docs. 5

_____
Maurice B. Cahill Jr.
U.S. DISTRICT JUDGE